IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL THOMAS SHULTZ | * | |
| | * | |
| v. | * | Civil No. JFM-02-3867 |
| | * | |
| OFFICER T.J. SMITH, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 7th day of March 2003

ORDERED

1. Defendants' motion to dismiss the amended complaint is granted; and

2. This action is dismissed.

/s/
J. Frederick Motz
United States District Judge